

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 23  AM 10: 05

LORETTA G. WHYTE
        CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALCOLM PETAL** | CIVIL ACTION NO. |
| **VERSUS** | JUDGE  **06-1588** |
| **TRANS UNION, L.L.C.** | MAGISTRATE |

## NOTICE OF REMOVAL

**SECT. J MAG. 5**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331 and 1441 and the grounds set out in this Notice, defendant Trans Union, LLC removes this action from the Civil District Court for the Parish of Orleans, State of Louisiana, to this Court. Trans Union reserves all rights and defenses, jurisdictional or otherwise, including all defenses provided by Rule 12 of the Federal Rules of Civil Procedure.

Removal is proper because:

1.

On March 8, 2006, Trans Union received, through its registered agent, a copy of the Petition for Damages filed by plaintiff Malcolm Petal in the Civil District Court for the Parish of Orleans, State of Louisiana, No. 2006-1821, Division "F-10."

2.

The Petition alleges that Trans Union is liable for alleged inaccurate credit reporting regarding plaintiff.

Fee $250.
✓ Process _____
X Dktd _____
__ CtRmDep _____
__ Doc. No. _____

1

3.

Because, as explained below, this Court has original jurisdiction over this action, the case may be properly removed pursuant to 28 U.S.C. § 1441.

4.

A copy of the Petition for Damages along with all other papers received by Trans Union or otherwise filed in state court are attached as Exhibit 1 in compliance with 28 U.S.C. § 1446(a).

5.

At all times pertinent to plaintiff's cause of action, Trans Union was and is a foreign limited liability company engaged in whole or in part in the practice of assembling or evaluating consumer credit information or other information about consumers for the purpose of furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. §1681a(f), the Fair Credit Reporting Act.

6.

Plaintiff filed this suit against Trans Union for damages and equitable relief arising out of allegedly inaccurate credit information reported by Trans Union.

7.

Claims against consumer reporting agencies are governed by the Fair Credit Reporting Act, 15 U.S.C. §1681, et seq.

8.

Because plaintiff has pleaded a claim that arises under the laws of the United States, plaintiff has invoked "federal question jurisdiction," giving this Court subject matter jurisdiction

pursuant to 28 U.S.C. §1331. Because plaintiff has invoked federal question jurisdiction, this action is removable pursuant to 28 U.S.C. § 1441(b).

9.

This Court has supplemental jurisdiction over any state-law claims that may be made in the petition pursuant to 28 U.S.C. §1367, and any such claims are removable pursuant to 28 U.S.C. §1441(c).

10.

Removal is timely pursuant to 28 U.S.C. §1446(b) because it is filed within thirty days of March 8, 2006, the first date of service on a defendant from which it is ascertainable that the case has become removable.

11.

Venue is proper in the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. §1441(a) because the Civil District Court for the Parish of Orleans, State of Louisiana is within the United States District Court for the Eastern District of Louisiana, according to 28 U.S.C. §98.

12.

A copy of this Notice of Removal has been served on counsel for plaintiff.

13.

Trans Union is providing the Civil District Court for the Parish of Orleans with written notice of this removal and requests that the clerk of that Court forward a certified copy of the state court record in this case to this Court.

WHEREFORE, Defendant Trans Union, LLC hereby gives notice that this suit is removed to this Court.

Respectfully submitted,

[signature]

Lisa A. Easterling (La. Bar #21577)
Glenn P. Orgeron (La. Bar #10235)
**KEAN MILLER HAWTHORNE D'ARMOND MCCOWAN & JARMAN LLP**
909 Poydras Street, Suite 1450
New Orleans, Louisiana 70112
(504) 585-3050
(504) 585-3051 (facsimile)
**Attorneys for Trans Union, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the United States Mail, postage prepaid this 23rd day of March, 2006.

[signature]

1020180

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 2006/1821

DIVISION: F

MALCOLM PETAL

VERSUS

TRANS UNION, L.L.C.

SECTION 10

FILED: _____

DEPUTY CLERK

### PETITION

NOW INTO COURT, through undersigned counsel, comes the plaintiff, Malcolm Petal, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, and who avers as follows:

1.

Made defendant herein is TRANS UNION, L.L.C., a foreign corporation formed and existing under the laws of the State of Delaware, licensed to and doing business in the State of Louisiana, Parish of Orleans.

2.

Jurisdiction and venue are proper in this Honorable Court.

3.

Defendant is liable unto the plaintiff for all damages incurred as a result of its intentional and/or tortious conduct.

4.

Defendant has intentionally, negligently and/or maliciously defamed plaintiff by reporting false and/or inaccurate information on the plaintiff's credit report.

5.

By reporting said inaccuracies to a third party, plaintiff has suffered damages including, but not limited to, monetary damages, personal embarrassment, loss of credit rating, and any other damages proven at the trial of this matter.

6.

Plaintiff is not a public figure.

EXHIBIT "1"

7.

Plaintiff is entitled to have defendant correctly report any and all inaccuracies in his credit report.

WHEREFORE, plaintiff prays that after due proceedings are had in this matter there by a judgment in his favor and against the defendant for all damages prayed for plus attorney's fees and costs associated with the bringing of this action together with legal interest thereupon from the date of judicial demand, all in an amount reasonable in the premises.

Respectfully submitted,

Stephen M. Petit, Jr. 29381
P.O. Box 8467
Metairie, La. 70011
504-888-5251

Please serve:

Trans Union, L.L.C.
Through its registered agent for service
The Prentiss-Hall Corporation
320 Somerulos St.
Baton Rouge, La. 70802