UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAR 31 2006

LORETTA G. WHYTE
CLERK

MALCOLM PETAL                                CIVIL ACTION

VERSUS                                       NO: 06-1588

TRANS UNION, L.L.C.                          SECTION: "J"(5)

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana,        March 31, 2006

By Direction of the Court

LORETTA G. WHYTE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____