
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 15 PM 4: 02

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALCOLM PETAL** | **CIVIL ACTION NO. 06-1588** |
| **VERSUS** | **SECTION J** |
| **TRANS UNION, LLC** | **MAGISTRATE 5** |

### JOINT MOTION AND ORDER OF DISMISSAL

NOW INTO COURT come plaintiff Malcolm Petal and defendant Trans Union, LLC who jointly ask this Court to dismiss this action with prejudice for all claims arising through August 21, 2006, with each party to bear its own costs and expenses, including attorney fees. The parties seek this dismissal because they have settled all of their disputes.

Respectfully submitted,

_____
Glenn P. Orgeron, T.A. (La. Bar #10235)
Lisa A. Easterling (La. Bar #21577)
**KEAN MILLER HAWTHORNE
D'ARMOND MCCOWAN &
JARMAN LLP**
909 Poydras Street, Suite 1450
New Orleans, Louisiana 70112
(504) 585-3050
(504) 585-3051 (facsimile)
**Attorneys for Trans Union, LLC**

```
___ Fee_____
___ Process_____
_X_/Dktd_____
_/_ CtRmDep_____
___ Doc. No._____
```

_____
Stephen M. Petit, Jr. (#29381)
P.O. Box 8467
Metairie, LA 70011
(504) 888-5251
**Attorney for Malcolm Petal**

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by United States Mail postage prepaid and properly addressed this 15th day of September, ~~August,~~ 2006.

_____

1061368